RECEIVED OCT 15 2013 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2602 (DEA) |
| ALQAYYIM RIDA | : | ORDER FOR CONTINUANCE |

This matter having been brought before the Court on the joint application of Paul J. Fishman, the United States Attorney for the District of New Jersey (by Joseph Muoio, Special Assistant U.S. Attorney), and defendant Alqayyim Rida (by Andrea Bergman, Assistant Federal Public Defender, attorney for defendant) for an order granting a continuance of the proceedings for a period of sixty (60) days to allow the parties to continue negotiating a plea agreement and thereby avoid any grand jury proceedings or trial, and five continuances having previously been granted by the Court, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of October, 2013,

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days from October 16, 2013 through and including December 14, 2013; and it is further

ORDERED that the period of sixty days from October 16, 2013 through and including December 14, 2013 shall be excludable in computing the time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Form and entry
consented to:

_____
Andrea Bergman, Esq.
Attorney for Defendant
Alqayyim Rida

_____
Joseph Muoio
Special Assistant U.S. Attorney

APPROVED:

_____
Harvey Bartle
Attorney-in-Charge, Trenton

2